IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BHAGUBHAI HIRA,
PRADIP HIRA, and
SHIRISH HIRA

        Plaintiffs,

v.                                No. 3:10-cv-00461

NEW YORK LIFE INSURANCE COMPANY,

        Defendant.

## STIPULATION OF DISMISSAL

The Plaintiffs, appearing through their undersigned counsel, and the Defendant, appearing through its undersigned counsel, hereby file and serve this Stipulation of Dismissal of this civil action, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

                Respectfully submitted,

                ARNETT, DRAPER & HAGOOD

                By: s/Dan D. Rhea
                Dan D. Rhea, BPR No. 5927
                Attorneys for Plaintiffs

                and

                BAKER, DONELSON, BEARMAN, CALDWELL
                & BERKOWITZ, P.C.

                By: s/ S. Russell Headrick (with permission)
                S. Russell Headrick, BPR No. 5750
                Attorneys for Defendant

ARNETT, DRAPER & HAGOOD
P.O. Box 300
Knoxville, TN 37901-0300
865/546-7000

## CERTIFICATE OF SERVICE

      The undersigned, counsel for Plaintiffs, hereby certifies that on March 30, 2012, a copy of the foregoing Stipulation was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, listed below, will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      This March 30, 2012.

                                                    By: s/Dan D. Rhea
                                                         Dan D. Rhea

OTHER PARTIES SERVED BY U.S. MAIL:

Page 2 of 2

Case 3:10-cv-00461-TAV-CCS   Document 17   Filed 03/30/12   Page 2 of 2   PageID #: 53